PEOPLE EX REL. ATTORNEY GENERAL v. POLICE JUSTICE OF
DETROIT.

*Removal of property in fraud of creditors—Attorney General not
a proper relator in private matters.*

Comp. L., § 7190, making it a misdemeanor to remove, convey or
dispose of one's property for the purpose of defeating a levy on
it, makes the receiver of the property as guilty as the person
transferring it, and applies only to property that can be removed
and concealed, and not to real estate.

The Attorney General is not a proper relator in proceedings before
a justice for the examination of a person accused of a crime that
does not affect the public interests.

MANDAMUS. Motion submitted June 17. Denied June 18.

*Charles E. Miller* for the writ.

PER CURIAM. The police justice having refused to
entertain a complaint made by one Darling, purporting to
be made under section 17 of chapter 230 (§ 7190) of the
Compiled Laws, against one Hurst for a fraudulent dis-
posal of real estate, a motion is now made for a man-
damus to compel him to act upon it.

That section, in our opinion, only applies to a dis-
posal of such property as is capable of removal and
concealment. It makes the receiver equally guilty with
the person making the transfer, and only applies to such
property as may be thus received. Real estate can
never be placed beyond the power of levy, and any ques-
tion of fraud can be easily determined. But personal
property may be placed where it cannot be found or
levied on, and in such a case creditor may have no ade-
quate remedy. The statute must be construed so as
to give force to all its conditions. It cannot be extended
to any case not clearly within it, so as to subject par-
ties to criminal prosecution.

In a proceeding before a justice to have a person

examined for an alleged crime not affecting the public interests, the Attorney General has no duties to perform, and we do not think him a proper relator. His official duties do not reach such preliminary examinations in cases where the crime charged is an offense against individual interests, and not concerning the state or the general security.

Mandamus denied.